UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

PILAR URRESTA, ZITA CABRERA, and
CARLOS LEAL, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

    - against -

MBJ CAFETERIA CORP., d/b/a MBJ FOOD
SERVICES, INC., MBJ LIC CORP., MBJ
JV, INC., MBJ DOWNTOWN, INC., MICHAEL
GELLES, RICHARD HALEM, and JOAQUIN
VASQUES,

                Defendants.

----------------------------------------X

10 Civ. 8277 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiffs' motion for conditional class certification and related relief, dated March 15, 2011, will be heard at noon on Wednesday, April 13, 2011 in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

New York, NY
March 17, 2011

                                ROBERT W. SWEET
                                U.S.D.J.