UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

PILAR URRESTA, ZITA CABRERA, and
CARLOS LEAL, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

   - against -

MBJ CAFETERIA CORP., d/b/a MBJ FOOD
SERVICES, INC., MBJ LIC CORP., MBJ
JV, INC., MBJ DOWNTOWN, INC., MICHAEL
GELLES, RICHARD HALEM, and JOAQUIN
VASQUES,

                Defendants.

------------------------------------X

10 Civ. 8277 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/11

**Sweet, D.J.**

      Plaintiffs' motion for conditional class certification and related relief, dated March 15, 2011, and Defendants' partial motion to dismiss, dated January 4, 2011, will now be heard at noon on Wednesday, June 1, 2011 in courtroom 18C.

      It is so ordered.

**New York, NY**
**May 3, 2011**

                                    ROBERT W. SWEET
                                    U.S.D.J.