

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PILAR URRESTA, ZITA CABRERA and CARLOS LEAL, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

MBJ CAFETERIA CORP. d/b/a MBJ FOOD SERVICES, INC., MBJ LIC CORP., MBJ JV INC., MBJ DOWNTOWN INC., MICHAEL GELLES, RICHARD HALEM and JOAQUIN VASQUES

        Defendants.

STIPULATION FOR WITHDRAWAL OF ACTION WITH PREJUDICE

10 Civ. 8277 (RWS)



    WHEREAS, Plaintiffs contend that Defendants did not compensate them properly under federal (FLSA) and state wage laws;

    WHEREAS, the Defendants vehemently deny all allegations of wrongdoing made by Plaintiffs;

    WHEREAS, the parties have resolved this matter in its entirety;

    WHEREAS, the Court approves of the parties' resolution of the FLSA claims;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action are hereby discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure,

that the resolution of this action is hereby approved by the Court without further litigation, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

| | |
|---|---|
| BERANBAUM MENKEN LLP | LITTLER MENDELSON, P.C. |
| *(signed)* | *(signed)* |
| Bruce Menken, Esq. | Andrew P. Marks, Esq. |
| 80 Pine Street, 33rd Floor | Elena Paraskevas-Thadani, Esq. |
| New York, New York 10005 | 900 Third Avenue, 8th Floor |
| (212) 509-1616 | New York, New York 10022 |
| *Attorneys for Plaintiffs* | (212) 583-9600 |
| | *Attorneys for Defendants* |

SO ORDERED:

*(signed)*

5-22-12

-13-